UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK YAU CHUNG CHOY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSH M. ALLEN, *et. al.*<br><br>　　　　Defendants. | Case No. C22-0574-RSL<br><br>STIPULATED MOTION TO DISMISS AND ORDER |

　　Plaintiff brought this litigation pursuant to the Administrative Procedure Act challenging United States Citizenship and Immigration Services' ("USCIS") denial of his I-140 petition. Dkt. No. 1. Plaintiff sought an order vacating the denial and remanding the I-140 petition to USCIS for reconsideration. On June 28, 2022, USCIS reopened the I-140 petition and withdrew its original decision. On July 7, 2022, USCIS issued a notice of intent to deny to Plaintiff, to which Plaintiff has an opportunity to respond. The Parties agree that Plaintiff's claims have been resolved insofar as USCIS has vacated its original decision and will issue a new decision. Accordingly, the Parties stipulate to dismissal without prejudice, with each party to bear their own fees or costs.

//

//

STIPULATED MOTION TO DISMISS AND ORDER
C22-0574-RSL- 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Dated: July 21, 2022

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

/s/ *Devin T. Theriot-Orr*
DEVIN T. THERIOT-ORR
WSBA # 33995
Open Sky Law, PLLC
20415 72nd Ave S., Suite 110
Kent, WA 98032
Telephone: (206) 962-5052
Email: devin@opensky.law

/s/ *Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS # 4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave., Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3284
E-mail:  michelle.lambert@usdoj.gov

*Counsel for Defendants*

/s/ *Ava Cayetano Benach*
AVA CAYETANO BENACH
Benach Collopy LLP
4350 Wisconsin Ave. NW, Ste 400
Washington, D.C. 20016
Telephone: (202) 644-8600
Email: acbenach@benachcollopy.com

*Counsel for Plaintiff*

### ORDER

It is so **ORDERED**.  The case is dismissed without prejudice.

Dated this 22nd day of July, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO DISMISS AND ORDER
C22-0574-RSL- 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800